IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **BLAKE RUDOW,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | 5:06-CV-295 (WDO) |
| | : | |
| **KENNETH COOPER, et al.,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

Plaintiff filed this personal injury action against Defendants in the Superior Court of Putnam County for injuries sustained during an accident on Lake Oconee. Plaintiff seeks damages for more than $50,000 in medical expenses already incurred, for future medical expenses, for injuries related to his cognitive, behavior and mood deficits and disorders, for future loss of income, for past, present and future pain and suffering, for permanent disability and disfigurement and for other economic damage related to household expenses due to his injuries.

Defendants removed the case to this Court based on diversity jurisdiction. Plaintiff is a resident of New Jersey. Defendant Kenneth Cooper is a resident of Virginia. Defendants Ross and Maxine Cooper are residents of Louisiana. Ross and Maxine Cooper are Kenneth Cooper's parents. Plaintiff filed a motion to remand because Defendants' notice of removal only noted that Ross Cooper had consented to the removal. Defendants thereafter filed a motion to amend the notice of removal to correct the typographical error. The Court granted

1

the motion to amend the notice of removal. Plaintiff thereafter filed an amended motion to remand and a motion to reconsider the order granting the motion to amend the notice of removal.

Plaintiff failed to present any substantive argument against removal. Plaintiff does not contest diversity jurisdiction. Plaintiff's only argument against removal, that father, mother and son did not consent to removal, is frivolous and without merit. Defendants have shown that unanimity exists among them as to the consent for removal. Based on the clear diversity of citizenship and the types and amounts of damages Plaintiff seeks, this Court clearly has jurisdiction over the case. Having determined that there is no reason to remand the case and that this Court does have jurisdiction over the same, the Motion to Remand and Motion for Reconsideration are DENIED.

      **SO ORDERED this 11th day of October, 2006.**

**S/**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**